UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RUSSELL DALE BROOKS,

       Plaintiff,

v.                          No.:   3:13-cv-110
                                (VARLAN/SHIRLEY)

DR. CARROLL ROSE,
SHERIFF EARL LOY, JR.,
and RODNEY MINOR,

       Defendants.

## JUDGMENT ORDER

      For the reasons stated in the Court's Memorandum and Order, the Court **ORDERS**

that this action is **DISMISSED** as frivolous and for failure to state a claim for relief.  The

Court **CERTIFIES** that any appeal from this action would not be taken in good faith and

would be totally frivolous.

      **E N T E R :**

                    s/ Thomas A. Varlan_____
                    CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

     _s/ *Debra C. Poplin*_____
      CLERK OF COURT